YOUNG, Appellant, v. L. H. PRENTICE CO. OF NEW YORK, Respondent. . (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Wilson Young against the L. H. Prentice Company of New York. No opinion. Judgment unanimously affirmed, with costs.

———

ZIENER, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by William Ziener against George W. Linch, as receiver. C. E. Chalmers, of New York City, for appellant. J. L. Wells, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the findings of the jury that the plaintiff was free from contributory negligence and that the defendant was guilty of negligence are against the weight of evidence. Settle order on notice.